**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CRIMINAL NO. L-10-0134 |
| | : | |
| **JEROME IRA STAL, et al.** | : | |
| **Defendants.** | : | |

...oOo...

## ORDER RELEASING AND FORFEITING CERTAIN FUNDS

After a review of the government's Motion for an Order Resolving Several Small Forfeiture Issues and the record, and for good cause shown, it is this _____ day of April 2012, **ORDERED, ADJUDGED, AND DECREED** as follows:

1. The government's motion is HEREBY GRANTED.

2. The government is directed to release to Extreme Bargains and Kurt Brockett a total of $3,190 of the funds seized in this case.

3. The government is directed to release to Lonise S. Ender a total of $2,881.49 of the funds seized in this case.

4. A total of $3,421, which constitutes money that was voluntarily paid to undercover agents by targets of the investigation of this case, is condemned, and all right, title, and interest of the defendants and any and all other persons and entities in those funds is HEREBY FORFEITED to the United States of America. The United States Postal Inspection Service and the United States Marshals Service are directed to dispose of those

funds in accordance with law.

    5.    The government is directed to release, directly to the retail stores that issued them, any gift cards in the government's possession that were seized in connection with this case.

_____
Benson E. Legg
United States District Judge